1  **SAMUEL J. THOMAS**, *Pro Hæc Vice*
   sthomas@bressler.com
2  BRESSLER, AMERY & ROSS. P.C.
   325 Columbia Turnpike
3  Florham Park, New Jersey 07932
   Telephone: (973) 514-1200
4  Facsimile: (973) 514-1660

5  **THOMAS M. MADRUGA, STATE BAR NO. 160421**
   tmadruga@omlawyers.com
6  OLIVAREZ MADRUGA, P.C.
   1100 South Flower Street, Suite 2200
7  Los Angeles, California 90015
   Telephone: (213) 744-0099
8  Facsimile: (213) 744-0093

9  Attorneys for Plaintiffs **AMERICAN
   CASUALTY COMPANY OF READING,**
10 **PENNSYLVANIA** and **CNA CLAIMPLUS, INC.**

11 **KEITH G. WILEMAN, State Bar No. 111225**
   kwileman@veatchfirm.com
12 **S. Martin Keleti, State Bar No. 144208**
   s.martin.keleti@veatchfirm.com
13 VEATCH CARLSON, LLP
   700 South Flower Street, 22nd Floor
14 Los Angeles, California 90017-4209
   Telephone: (213) 381-2861
15 Facsimile: (213) 383-6370

16 Attorneys for Defendant **SAROYAN LUMBER CO., INC.**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN CASUALTY COMPANY OF READING, PENNSYLVANIA and CNA CLAIMPLUS, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> SAROYAN LUMBER CO., INC. a/k/a SAROYAN LUMBER COMPANY, INC., <br><br> Defendants. | CASE NO. 2:12-CV-08220 *SJX* GAF (JCGx) <br><br> *ORDER ON* <br> **STIPULATION FOR VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** <br><br> [Fed. R. Civ. P. 41(a)(1)(A)(ii)] |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs American Casualty Company of Reading, Pennsylvania and CNA Claimplus, Inc. and Defendant Saroyan Lumber Co., Inc., through their respective attorneys of record,

hereby stipulate to voluntary dismissal of the entire action with prejudice and each party to bear its own costs and attorney fees.

Dated: October 24, 2013        BRESSLER, AMERY & ROSS. P.C.


                               By:  /s/
                                    SAMUEL J. THOMAS

Dated: October 24, 2013        OLIVAREZ MADRUGA, P.C.


                               By:  /s/
                                    THOMAS M. MADRUGA

                               Attorneys for Plaintiffs AMERICAN CASUALTY COMPANY OF READING, PENNSYLVANIA and CNA CLAIMPLUS, INC.

Dated: October 24, 2013        VEATCH CARLSON, LLP


                               By:  /s/
                                    KEITH G. WILEMAN
                                    GLENN D. OLSEN
                               Attorneys for Defendant
                               SAROYAN LUMBER CO., INC.

I, Thomas M. Madruga, in electronically filing this Stipulation of Dismissal with Prejudice through the Court's ECF system, hereby attest pursuant to Local Rule 5-4.3.4(a)(2), that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized this filing.


                                    /s/
                                    THOMAS M. MADRUGA

                               IT IS SO ORDERED
                               Dated: 10/31/13

                               United States District Judge